**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NUMBER 4:10-CR-3 |
| GAIL SETTERS, | : |
| Defendant, | : |
| AND | : |
| NORTHLAND AREA FEDERAL CREDIT UNION, | : |
| Garnishee. | : |

## GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, in the sum of **$229.21**.

The defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay the sum of **$200.00** to plaintiff to be applied toward payment of Defendant's indebtedness to Plaintiff in the above-referenced case. Payment should be made payable to the U.S. District Court and mailed to the U.S. District Court, Attention: Clerk’s Office, Post Office Box 128, Macon, GA 31201-0128. **Upon payment, the hold on the defendant’s account should be released.**

SO ORDERED, this 8th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA